AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 982**

### SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

        V.

Detail Concrete, Inc.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DARRAH**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Detail Concrete, Inc.
Registered Agent
Anthony J. Bronge
22517 W. Grant Highway
Marengo, IL 60152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold* (signature)
------------------------------
**(By) DEPUTY CLERK**



**February 19, 2008**
------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | March 24'th, 2008 |
| NAME OF SERVER (PRINT)  John Roehlk | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Personally handed the Summons and the Complaint to Ms. Julie Secor, at the business location of the defendant, Detail Concrete, Inc. Service was effected at 22517 W. Grant Highway, in Marengo, Ill., at the hour of 11:20 a.m., on March 24'th, 2008. This location is also the office of Mr. Anthony J. Bronge, Registered Agent for Detail Concrete, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-24-08
           Date            Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.