IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | |
| Plaintiffs, | Case No. 08 C 982 |
| v. | Judge Darrah |
| DETAIL CONCRETE, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by their attorneys, file a notice of voluntary dismissal against defendant Detail Concrete, Inc., pursuant to Rule 41(a) of the F.R.Civ.P.,

Wherefore, plaintiffs request that this cause be dismissed without prejudice.

By:

　　/s/ Karen I. Engelhardt
One of plaintiffs' attorneys

Wesley Kennedy
Karen I. Engelhardt
Angie Cowan
Josiah Groff
Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

May 22, 2008

**CERTIFICATE OF MAILING**

     I, Karen I. Engelhardt state that I mailed a copy of the Notice of Dismissal to the Company at the address mentioned below on 22nd day of May 2008 with proper postage prepaid before the hour of 5:00 p.m.

                      Detail Concrete & Excavation
                      22517 W.Grant Highway
                      Marengo, IL 60152

                      /s/ Karen I. Engelhardt