UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund and Laborers' Welfare Fund of the
Health and Welfare Department of the Construction and
General Laborers' Disrict Council of Chicago and Vicinity,
et al.

Plaintiff,

v.
Case No.: 1:08−cv−00982
Honorable John W. Darrah

Detail Concrete Inc

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

MINUTE entry before the Honorable John W. Darrah:Plaintiff having a filed a notice of voluntary dismissal, this case is hereby closed. Civil case terminated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.